FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0206

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KATHAN DEVERNON JOHNSON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 12, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 5 2023